1124

No. 97–8180. REYNOLDS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–8181. PARKER v. WARD, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–8182. SIMON v. COLORADO COMPENSATION INSURANCE AUTHORITY ET AL. Sup. Ct. Colo. Certiorari denied.

No. 97–8183. SHABAZZ v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8184. ROGERS v. FINESILVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–8198. WEST v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 97–8203. MORGAN v. RABUN ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8210. TURNER v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–8211. VAUGHN v. THOMPSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–8212. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–8216. MULLEN v. COOPER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–8218. JOHNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8220. TERRALL v. CITY OF RENO, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8223. BEASLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8225. BODDIE v. GIANGER ET AL. C. A. 2d Cir. Certiorari denied.